T & E INDUSTRIES, INC. v. SAFETY LIGHT
CORPORATION, ET AL.

June 13, 1989.

Cross-petition for certification granted. (See 227 *N.J.Super.* 228)

STATE OF NEW JERSEY v. EDDIE MCRAE.

June 13, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL J. DOUGHERTY.

June 13, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. DORIS WIEGAND.

June 13, 1989.

Petition for certification denied.